Sewell W. ROUZER, Appellant,

v.

Harry E. RUSSELL, Superintendent, State Correctional Institution, Huntingdon, Pennsylvania.

No. 14274.

United States Court of Appeals Third Circuit.

Submitted April 25, 1963.

Decided May 9, 1963.

Sewell W. Rouzer, pro se.

Frank P. Lawley, Jr., Deputy Atty. Gen., Harrisburg, Pa. (Walter E. Alessandroni, Atty. Gen., Harrisburg, Pa., on the brief), for appellee.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court dismissing appellant's original petition with supplements for a writ of habeas corpus will be affirmed.

---

Andrew STEPHENS, Appellant,

v.

UNITED STATES of America, Appellee.

No. 20061.

United States Court of Appeals Fifth Circuit.

May 8, 1963.

James M. Roberts, Atlanta, Ga., for appellant.

Edgar L. Jenkins, Bobby C. Milam, Asst. U. S. Attys., Atlanta, Ga., Charles L. Goodson, U. S. Atty., for appellee.

Before RIVES, LEWIS *, and BELL, Circuit Judges.

PER CURIAM.

This appeal is from a conviction on a three count indictment charging unlawful possession and sale of non-tax-paid distilled spirits on two occasions, and carrying on the business of a retail liquor dealer while failing to pay the special tax required. Title 26 U.S.C.A. §§ 5205(a) (2), 5604(a) (1) and 5691(a).

It is clear from a consideration of the error assigned and the facts appertaining thereto that the charge of the District Court fairly and adequately covered the defense asserted. Therefore, the judgment appealed from should be and is

Affirmed.

---

Sewell W. ROUZER, Appellant,

v.

Harry E. RUSSELL, Superintendent, State Correctional Institution, Huntingdon, Pennsylvania.

No. 14195.

United States Court of Appeals Third Circuit.

Submitted on Appellant's Brief, April 25, 1963.

Decided May 10, 1963.

Sewell W. Rouzer, pro se.

Frank P. Lawley, Jr., Deputy Atty. Gen., Harrisburg, Pa., for appellee.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court dated August 6, 1962 will be affirmed.

* Of the Tenth Circuit, sitting by designation.